UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Loren Kelly Robinson
600 Stocker Street
Stewartsville, NJ 08886
(917) 686-9590
pfinstir@aol.com

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2019 JUL 11   P 1:32

JEANNE A. NAUGHTON

_____
DEPUTY CLERK

In Re:

Loren Kelly Robinson

Case No.: 18-31330

Chapter: 13

Hearing Date: July 24, 2019

Judge: ~~Ferguson~~ Kaplan

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Loren Kelly Robinson, on behalf of Debtor (self) requests that the time period to/for a hearing on a motion as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because: The Sheriff's sale is scheduled for August 12th, one day before the hearing is scheduled.

2. State the hearing dates requested:
   July 24, 2019

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: July 11, 2019

Signature: Loren K. Robinson

rev.8/1/15